UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBYN K. BENNETT-KINSEY,<br><br>                  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                  Defendant. | No. CV-08-3001-CI<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 22.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 4.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand **(Ct. Rec. 22)** is **GRANTED**. The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will further evaluate the medical evidence and re-evaluate Plaintiff's residual functional capacity. A new hearing will be held where Plaintiff will be given

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

the opportunity to present new arguments and issues.  The ALJ will obtain testimony from a vocational expert.

    2.    Judgment shall be entered for the **PLAINTIFF**.

    3.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 9, 2008.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE