UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ROBYN K. BENNETT-KINSEY,             )
                                     )
        Plaintiff,                   )
                                     )   NO.  CV-08-3001-CI
    v.                               )
                                     )   **JUDGMENT IN A**
MICHAEL J. ASTRUE,                   )   **CIVIL CASE**
Commissioner of Social Security,     )
                                     )
        Defendant.                   )
_____ )

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED this 9th day of October, 2008.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk